By the Court.
 

 Relatrix relies upon Section 6, Article IY of the Constitution, and contends it was the mandatory duty of the respondents “by virtue of Sections 12223-21 and 12223-30, G-eneral Code, and said constitutional provision, to retry the case, and to prepare, render and cause to be entered, a decision therein by opinion and entry, because the same was appealed to it for a trial
 
 de novo.”
 

 The extraordinary writ of mandamus may not be employed as a substitute for appeal. 25 Ohio Jurisprudence, 1013, Section 34;
 
 State, ex rel. Barner,
 
 v.
 
 Marsh, Clerk,
 
 120 Ohio St., 222, 165 N. E., 843.
 

 The demurrer to the amended petition is sustained and a writ of mandamus is denied.
 

 Writ denied.
 

 Weygandt, C. J., Turner, Williams, Matthias, Hart, Zimmerman and Bettman, JJ., concur.